FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 4: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
| Plaintiff, | * |  |
| vs. | * | No. 95-20033-B |
| MARIA ZUNIGA, | * |  |
| Defendant. | * |  |

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Indictment in the above-entitled and numbered criminal case as to MARIA ZUNIGA is hereby GRANTED.

DONE at Memphis, Tennessee, this 3 day of Nov., 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:95-CR-20033 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT